| |
|---|
| **Lorigo v Masullo** |
| 2024 NY Slip Op 30590(U) |
| February 27, 2024 |
| Supreme Court, Erie County |
| Docket Number: Index No. 807046/2023 |
| Judge: Dennis E. Ward |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |